Case 4:24-cv-02455  Document 31  Filed on 03/19/25 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Anida Overshown-Nunez, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-24-2455 |
| City of Houston, Texas, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 30) dated February 27, 2025, and no party having filed timely objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant City of Houston, Texas' 12(b)(6) Motion for Partial Dismissal of Plaintiff's First Amended Complaint (docket no. 23) is **GRANTED** and the whistleblower retaliation claim and overtime claims accrued before July 1, 2021, are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, on this the 19th day of March, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE