United States District Court
Southern District of Texas
**ENTERED**
December 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Anida Overshown-Nunez, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. H-24-2455 |
| City of Houston, Texas, et al., § | |
| § | |
| Defendants. § | |

### ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 46) dated December 3, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant, City of Houston's Motion for Summary Judgmnet (docket no. 38) is **GRANTED** and that Plaintiff, Anida Overshown-Nunez' claims are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, on this the 22nd day of December, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE