Case 4:24-cv-02455   Document 50   Filed on 12/22/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Anida Overshown-Nunez, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-24-2455 |
| City of Houston, Texas, et al., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff, Anida Overshown-Nunez's claims are **DISMISSED WITH PREJUDICE**.

Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 22nd day of December, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE